# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 24-326 (JRT/ECW) |
| SAMUEL ERIC SNELL, Defendant. | Date: April 11, 2025 |
| | Court Reporter: Lori Simpson |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 11:05 a.m. |
| | Time Concluded: 11:36 a.m. |
| | Time in Court: 31 Minutes |

Before Judge John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
  For Plaintiff:   Kristian Weir
  For Defendant:   Manvir Atwal

PROCEEDINGS:
  X  **Change of Plea Hearing.**

  X  PLEA:
    X  Guilty as to Count(s): 1 of the indictment

  X  Presentence Investigation and Report requested.
  X  Defendant remanded to USMS custody.
  X  Sentencing is scheduled for August 13, 2025 at 11:00 a.m. in courtroom 14E.

                                                s/Heather Arent
                                                Heather Arent, Courtroom Deputy
                                                For Judge John R. Tunheim