UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-cr-326 (JRT/ECW) |
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| SAMUEL ERIC SNELL, | |
| Defendant. | |

Craig R Baune, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 S 4th St. Ste 600, Minneapolis, MN 55415, for plaintiff.

Manvir K Atwal, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South 4th Street, Suite 107, Minneapolis, MN 55415, for defendant.

Based on the United States' Motion for a Preliminary Order of Forfeiture; on the Defendant's guilty plea to Count 1 of the Indictment; on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 2253(a); and on the Court's determination, based upon all of the files and records of this proceeding, that the government has established the requisite nexus between such property and the offense to which the Defendant has pleaded guilty, **IT IS HEREBY ORDERED** that:

1. The United States' Motion for a Preliminary Order of Forfeiture (ECF No. 33) is **GRANTED;**

2. The following property is forfeited to the United States pursuant to 18 U.S.C. § 2253(a):

a. an iPhone 4, ID # BCG-E2422B;

b. Lovense sex toys;

c. a HP Elite Desk Tower Computer, serial #USH823L0YW;

d. a Toshiba Laptop;

e. a Dell Inspiron Laptop, serial #6FWYRJ2;

f. an Asus Laptop, serial # RBNRKD004652476 ;

g. a NZXT Computer Tower, model #DK611SGA1QL16;

h. a Ibuypower Computer Tower, serial # 23B7-6A439-DBEA-E6-C10;

i. a Microsoft Laptop, serial # 121024454354;

j. a Lenovo ThinkCentre, serial # MJ0BHWMA ;

k. a SanDisk Cruzer Glide, serial number 4C530001060922112001;

l. an iPhone 16 Pro Max, IMEI 356726384217139; and

m. an iPad, iPad Air 4, serial number GG76R61Q16M

collectively, ("the Property");

3. The Attorney General or her authorized designee may seize and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture;

4. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6. Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee; and

7. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

DATED: June 17, 2025
at Minneapolis, Minnesota.

                                                                   s/John R. Tunheim
                                                                       JOHN R. TUNHEIM
                                                     United States District Court