**IN THE UNITED STATE DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**SENTENCING**

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES-CRIMINAL |
| Plaintiff, | Case No:   CR24-326 (JRT/ECW) |
| | Date:   September 25, 2025 |
| v. | Court Reporter:  Lori Simpson |
| | Courthouse:   Minneapolis |
| Samuel Eric Snell, | Courtroom:   14E |
| | Time Commenced:  11:35 a.m. |
| Defendant. | Time Concluded:   12:05 p.m. |
| | Time in Court:   30 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:     Kristian C.S. Weir, Assistant U.S. Attorney
    For Defendant:   Manvir K. Atwal, Assistant Federal Defender

**X Sentencing.**

IT IS HEREBY ORDERED that:

Defendant is sentenced to:  BOP 240 months on count 1
Supervised Release Term:  10 years

**X** Special conditions of :

    **See J&C for special conditions**

**X** Defendant sentenced to pay:
    **X** Special assessment in the amount of $100.00 to be paid.
    **X** Restitution in the amount of $9,000.00 to be paid.

**X** On Motion of the Gov't., counts 2 - 8 are dismissed.

<u>**X**</u> Defendant remanded to the custody of the U.S. Marshal.

<u>s/Karen Moldenhauer</u>
Judicial Assistant
